No. 840. PORT ANGELES WESTERN R. CO. *v.* CLALLAM COUNTY, WASHINGTON, ET AL. May 4, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the

Ninth Circuit denied.  *Mr. Alexander C. Shaw* for petitioner.  *Mr. John H. Dunbar* for respondents.